374 A.2d 731

United Pacific Insurance Company v. Souderton Area
Joint School Authority, Appellant.

Argued March 23, 1977. Robert G. Rosen, with him
Philip Salkin, for appellant; Kenneth M. Cushman, with him
Kenneth I. Levin, for appellee.

Order affirmed.

374 A.2d 731

Vogel v. Vogel, Appellant.

Argued
April 11, 1977. Richard J. Russell, for appellant; James E.
Mayer, for appellee.

OPINION PER CURIAM: Decree affirmed. Having
made an independent study of the entire record, we are of
the opinion that the court below properly granted a decree
in divorce in this case.

VAN der VOORT, J., absent.